803 A.2d 731

**Leonard L. SMARR, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 36 MAP 2002.**

Supreme Court of Pennsylvania.

June 5, 2002.

*ORDER*

PER CURIAM.

**AND NOW**, this 5th day of June, 2002, the Motion to Dismiss for Mootness is granted.